# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01372-001-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Jose Alonso Ibarra Gavino, | |
| Defendant. | |

On April 5, 2018, Magistrate Judge Lynnette C. Kimmins issued a Report and Recommendation (Doc. 51) in which she recommended granting Defendant's motion to suppress, filed on January 12, 2018. (Doc. 34.) Magistrate Judge Kimmins further recommended that the Court find that Defendant's statements were voluntarily made and are admissible for impeachment. No objections have been filed within the time provided by Federal Rule of Criminal Procedure 59(b)(2).

Upon review of the record, the Court will adopt Magistrate Judge Kimmins's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

//
//
//
//
//

IT IS ORDERED that the Report and Recommendation (Doc. 51) is ADOPTED.

IT IS FURTHER ORDERD THAT Defendant's Motion to Suppress Statements (Doc. 34) is GRANTED IN PART and DENIED IN PART.

Dated this 17th day of May, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge